

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

August 24, 2020

**VIA FIRST CLASS MAIL**
Tonics Domain Corporation
140 Jamaica St.
Tiburon, CA 94920

Re: Copyright Claim of allegation of contributory copyright infringement by websites: https://torrentgalaxy.to/torrents.php?search=hellboy+2019#results
https://torrentgalaxy.to/torrents.php?search=angel+has+fallen+2019#results
https://torrentgalaxy.to/torrents.php?search=rambo+last+blood+2019#results

Dear Sirs:

An electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Kerry S. Culpepper authorized to act on behalf of owners **HB PRODUCTIONS, INC; FALLEN PRODUCTIONS, INC; AND RAMBO V PRODUCTIONS, INC**.

/Kerry S. Culpepper/

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Infringement of the motion pictures "**RAMBO V: LAST BLOOD**"; "**ANGEL HAS FALLEN**" AND "**HELLBOY**"

Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit to locate the material.

(1) the websites:

Exhibit "1"

Page 2

https://torrentgalaxy.to/torrents.php?search=hellboy+2019#results
https://torrentgalaxy.to/torrents.php?search=angel+has+fallen+2019#results
https://torrentgalaxy.to/torrents.php?search=rambo+last+blood+2019#results

Please disable access to the website torrentgalaxy.to

See Exhibit "1"

Information reasonably sufficient to permit service provider to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
US Tel 1-808-464-4047

A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owners, HB PRODUCTIONS, INC; FALLEN PRODUCTIONS, INC; AND RAMBO V PRODUCTIONS, INC of an exclusive right that is allegedly infringed.

Sincerely,
/ksc/
Kerry S. Culpepper

Attachment: Screenshot

Page 3



Exhibit "1" - Screenshot



## CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

August 24, 2020

**VIA FIRST CLASS MAIL**
Tonics Domain Corporation
140 Jamaica St.
Tiburon, CA 94920

Re: Copyright Claim of allegation of contributory copyright infringement by websites: https://glodls.to/hellboy-2019-720p-bluray-x264-dual-audio-hindi-dd-5-1-english-2-0-esub-mw-f-9827427.html

Dear Sirs:

<u>An electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.</u>

Kerry S. Culpepper authorized to act on behalf of owner **HB PRODUCTIONS, INC;**.

/Kerry S. Culpepper/

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.</u>

Infringement of the motion picture " **"HELLBOY"**

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit to locate the material.</u>

(1) the website:

https://glodls.to/hellboy-2019-720p-bluray-x264-dual-audio-hindi-dd-5-1-english-2-0-esub-mw-f-9827427.html

Page 2

Please disable access to the website glodls.to

See Exhibit "1."

Information reasonably sufficient to permit service provider to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
US Tel 1-808-464-4047

A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owners, **HB PRODUCTIONS, INC.** of an exclusive right that is allegedly infringed.

Sincerely,
/ksc/
Kerry S. Culpepper

Attachment: Screenshot

Page 3



Exhibit "1" - Screenshot